ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE PARVAN, ESQ.
Nevada Bar No.10711
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
            christine.parvan@akerman.com

*Attorneys for Plaintiff,*
*Nationstar Mortgage, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, <br><br>                      Plaintiff, <br><br>vs. <br><br>SFR INVESTMENTS POOL I, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br>                      Defendants. | Case No.: 2:15-cv-00133-APG-PAL <br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR NATIONSTAR MORTGAGE LLC TO FILE MOTION FOR SUMMARY JUDGMENT** <br><br>(First Request) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br>                      Counter-Claimant, <br><br>vs. <br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; BAY CAPITAL CORPORATION, a foreign corporation; STANLEY C. CHIN, an individual, <br><br>                      Counter-Defendant/Cross-Defendants. | |

{37485930;1}

1

Plaintiff Nationstar Mortgage, LLC (**Nationstar**), by and through its counsel of record, Ariel E. Stern, Esq. and Christine M. Parvan, Esq. of the law firm of AKERMAN LLP, and defendant SFR Investments Pool 1, LLC (**SFR**), by and through its counsel of record Howard C. Kim, Esq., Diana S. Cline Ebron, Esq., and Jacqueline A. Gilbert, Esq. of Kim Gilbert Ebron, hereby stipulate and agree as follows:

1. Nationstar's motion for summary judgment is currently due February 4, 2016;

2. Nationstar shall have an extension of time to file its motion for summary judgment until February 8, 2016; and

3. SFR shall have until and including March 1, 2016 to file any response to Nationstar's motion.

4. The parties request this extension because Nationstar's counsel has several other deadlines falling on the same day and requests additional time to prepare Nationstar's motion.

5. This is the parties' first request for an extension of time and is not meant to cause undue delay or prejudice.

| **HOWARD KIM & ASSOCIATES** | **AKERMAN LLP** |
|---|---|
| Dated this 4th day of February, 2016. | Dated this 4th day of February, 2016. |
| /s/ *Diana S. Cline Ebron, Esq.* <br> Howard C. Kim, Esq. <br> Nevada Bar No. 10386 <br> Diana S. Cline Ebron, Esq. <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert, Esq. <br> Nevada Bar No. 10593 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> Telephone: (702) 485-3300 <br> Facsimile: (702) 485-3301 <br> Email: howard@kgelegal.com <br> diana@kgelegal.com <br> jackie@kgelegal.com <br> *Attorneys for Defendant, SFR Investments Pool 1, LLC* | /s/ *Christine M. Parvan, Esq.* <br> Ariel E. Stern, Esq. <br> Nevada Bar No. 8276 <br> Christine M. Parvan, Esq. <br> Nevada Bar No. 10711 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> Telephone: (702) 634-5000 <br> Facsimile: (702) 380-8572 <br> Email: ariel.stern@akerman.com <br> Email: christine.parvan@akerman.com <br><br> *Attorneys for Plaintiff, Nationstar Mortgage, LLC* |

{37485930;1}

2

*Nationstar Mortgage, LLC v. SFR Investments Pool I, LLC*
*2:15-cv-00133-APG-PAL*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 10, 2016

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 4th day February, 2016, I served via CM/ECT electronic filing system, and/or deposited for mailing in the U.S. Mail postage prepaid, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR NATIONSTAR MORTGAGE LLC TO FILE MOTION FOR SUMMARY JUDGMENT** addressed as follows:

Howard C. Kim, Esq.
Diana S. Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
**KIM GILBERT EBRON**
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for Defendant/Counter-claimant,*
*SFR Investments Pool 1, LLC*

*/s/ Lucille Chiusano*
An Employee of AKERMAN LLP

{37485930;1}

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572