**SAO**
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>       Defendants.<br> | Case No. 2:15-cv-00133-APG-PAL<br><br>**STIPULATION AND ORDER DISMISSING STANLEY C. CHIN WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>       Counter-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; BAY CAPITAL CORPORATION, a foreign corporation; STANLEY C. CHIN, an individual,<br><br>       Counter-Defendant/Cross-Defendants. | |

Defendant Stanley C. Chin ("Chin") stipulates and agrees that any ownership interest he may have had in the real property commonly known as **5065 Auburn Skyline Avenue, Las Vegas, NV 89139; Parcel No. 173-13-711-062** (the "Property") was extinguished on

- 1 -

1  September 26, 2013, by the foreclosure sale conducted by Red Rock Financial Services, agent
2  for Sunset Pass Homeowners Association.
3      Defendant Chin further stipulates and agrees that he will not contest the validity of the
4  foreclosure deed recorded in the Official Records of the Clark County Recorder as Instrument
5  Number 201310070001359, or any subsequent transactions, including SFR Investments Pool 1,
6  LLC's ("SFR") ownership interest in the Property.
7      Based on these representations, SFR and Defendant Chin stipulate and agree that Chin shall
8  be dismissed from this action, with prejudice, each party to bear its own fees and costs.

Dated this 16th day of February, 2016.　　　　　Dated this 31 day of December, 2015.

HOWARD KIM & ASSOCIATES　　　　　STANLEY C. CHIN

/s/ Diana Cline Ebron
_____　　　_____
Diana Cline Ebron, Esq.　　　　　　　　　　Stanley C. Chin
Nevada Bar No. 10580　　　　　　　　　　　*Cross-Defendant*
1055 Whitney Ranch Dr., Suite 110　　　　　c/o Joel M. Ward, Esq.
Henderson, Nevada 89014　　　　　　　　　1740 W. Temple Street
*Attorneys for SFR Investments Pool 1, LLC*　Los Angeles, CA 90026

**ORDER**

IT IS SO ORDERED.

Dated: February 16, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

**HOWARD KIM & ASSOCIATES**

/s/ Diana Cline Ebron
_____
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Phone: (702) 485-3300
Fax:   (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*