# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| IN RE HOA FORECLOSURE CASES. | ORDER DIRECTING PARTIES TO CERTIFY CASES TO NEVADA ATTORNEY GENERAL |
|---|---|

The following cases involve a constitutional challenge to Nevada state statutes, specifically Chapter 116:

*SFR Investments Pool 1, LLCs v. Wells Fargo Bank*, 2:13-cv-01689-APG-NJK

*Las Vegas Development Group v. Healy*, 2:13-cv-02194-APG-VCF

*Nationstar Mortgage, LLS v. SFR Investments Pool 1, LLC*, 2:15-cv-00133-APG-PAL

*Rugged Oaks Investment v. Nelson*, 2:15-cv-00240-APG-CWH

*U.S. Bank v. SFR Investments Pool 1, LLC*, 2:15-cv-00287-APG-GWF

*Bank of New York Mellon v. Astoria Trails Homeowners Ass'n*, 2:15-cv-00366-APG-CWH

*Green Tree Servicing LLC v. Elkhorn Community Ass'n*, 2:15-cv-00477-APG-VCF

*Green Tree Servicing LLC v. SFR Investments Pool 1, LLC*, 2:15-cv-00630-APG-NJK

*Bank of America v. Saticoy Bay LLC*, 2:15-cv-00695-APG-NJK

*SFR Investments Pool 1, LLC v. Fed. Home Loan Mortg. Corp.*, 2:15-cv-00806-APG-NJK

*Bank of America v. Woodcrest Homeowners Ass'n*, 2:15-cv-01024-APG-GWF

*Bank of America v. SFR Investments Pool 1, LLC*, 2:15-cv-01042-APG-GWF

*Bank of New York Mellon v. SFR Investments Pool 1, LLC*, 2:15-cv-01078-APG-PAL

*Las Vegas Development Group v. Yfantis*, 2:15-cv-01127-APG-CWH

*U.S. Bank v. Woodchase Condominium Homeowners Ass'n*, 2:15-cv-01153-APG-GWF

*Nationstar Mortgage LLC v. Sundance Homeowners Ass'n*, 2:15-cv-01310-APG-GWF

*TBES Investments LLC v Reyes*, 2:15-cv-01352-APG-GWF

*Nationstar Mortgage LLC v Amber Hills II Homeowners Ass'n*, 2:15-cv-01433-APG-CWH

*Bank of America v. Premier One Holdings, Inc.*, 2:15-cv-01731-APG-PAL

1. *Bank of America v. SFR Investments Pool 1, LLC*, 2:15-cv-01771-APG-VCF
2. *Ocwen Loan Servicing, LLC v. BFP Investment 5, LLC*, 2:15-cv-01841-APG-CWH
3. *Bank of New York Mellon v. Foreclosure Sales Services, LLC*, 2:15-cv-02087-APG-GWF
4. *Deutsche Bank v. 5916 Post Mountain Trust*, 2:15-cv-02420-APG-GWF
5. *Wells Fargo Bank v. Williston Investment Group, LLC*, 2:16-cv-00237-APG-VCF
6. *Bank of America v. Wildcreek Homeowners Ass'n*, 2:16-cv-00249-APG-CWH
7. *Bank of America v. Via Valencia Homeowners Ass'n*, 2:16-cv-00274-APG-PAL
8. *Bank of America v. Cambria Homeowners Ass'n*, 2:16-cv-00293-APG-GWF
9. *Bank of America v. Gleneagles Homeowners Ass'n*, 2:16-cv-00300-APG-NJK
10. *Italspain Corp. v. Moore*, 2:16-cv-00308-APG-GWF
11. *Bank of America v. Souvenir Homeowners Ass'n*, 2:16-cv-320-APG-VCF
12. *Bank of America v. Romewright Properties, LLC*, 2:16-cv-00337-APG-VCF
13. *Bank of America v. Somerset Park Homeowners Ass'n*, 2:16-cv-00349-APG-VCF
14. *Bank of New York Mellon v. Nevada Ass'n Services*, 2:16-cv-00370-APG-PAL
15. *Bank of America v. Auburn & Bradford at Providence*, 2:16-cv-00393-APG-NJK
16. *Bank of America v. Ladera Homeowners Ass'n*, 2:16-cv-00394-APG-GWF
17. *Bank of America v. Mountain Gate Homeowners Ass'n*, 2:16-cv-00399-APG-CWH
18. *Bank of America v. Madeira Canyon Homeowners Ass'n*, 2:16-cv-00444-APG-NJK
19. *Bank of America v. Desert Pine Villas Homeowners Ass'n*, 2:16-cv-00448-APG-VCF
20. *Wilmington Trust v. Ironhorse Village Condominium Ass'n*, 2:16-cv-00469-APG-CWH
21. *Deutsche Bank v. SFR Investments Pool 1, LLC*, 2:16-cv-00470-APG-CWH
22. *Bank of America v. Montara Estates Homeowners Ass'n*, 2:16-cv-00472-APG-VCF
23. *Bank of America v. Bernini Dr. Trust*, 2:16-cv-00474-APG-VCF
24. *Bank of America v. Canyon Crest Masters Ass'n*, 2:16-cv-00488-APG-CWH
25. *Bank of America v. Craigmont Villas Homeowners Ass'n*, 2:16-cv-00494-APG-NJK
26. *Nationstar Mortg. LLC v. Fiesta Del Norte Homeowners Ass'n*, 2:16-cv-00497-APG-PAL
27.
28.

*Bank of America v. The Villas Community Ass'n*, 2:16-cv-516-APG-VCF

*Bank of America v. Tiara Summit Homeowners Ass'n*, 2:16-cv-00611-APG-GWF

*Bank of America v. Palm Hills Homeowners Ass'n*, 2:16-cv-00614-APG-GWF

*Bank of America v. Lakeview Owners Ass'n*, 2:16-cv-00635-APG-PAL

*Bank of New York Mellon v. Monaco Landscape Maint. Ass'n*, 2:16-cv-00648-APG-PAL

*Bank of New York Mellon v. Terra Bella Owners Ass'n*, 2:16-cv-00654-APG-CWH

*Bank of America v. The Willows Homeowners Ass'n*, 2:16-cv-00678-APG-CWH

*U.S. Bank Trust v. SFR Investments Pool 1, LLC*, 2:16-cv-00741-APG-NJK

*Bank of America v. Bar Arbor Glen at Providence Homeowners Ass'n*, 2:16-cv-00761-APG-NJK

Pursuant to Federal Rule of Civil Procedure 5.1(a), the party challenging the statute's constitutionality should have served the Nevada Attorney General with its complaint, motion, or other filing that calls into question Chapter 116's constitutionality. I order the parties in these cases to follow that Rule and to file proof of compliance within 10 days of the date of this order.

**IT IS THEREFORE ORDERED** that the party challenging Chapter 116's constitutionality in each of these cases must serve the Nevada Attorney General with the complaint, motion, or other filing that calls into question Chapter 116's constitutionality, and shall file proof of compliance within 10 days of the date of this order.

DATED this 18th day of April, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE