# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No.: 2:15-cv-00133-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Denying Motion to Amend** |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | [ECF Nos. 55, 73] |
| Defendants | |

On June 3, 2020, Magistrate Judge Weksler recommended that I deny plaintiff Nationstar Mortgage, LLC's motion to amend. ECF Nos. 73.  Nationstar did not file an objection.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(ECF No. 73) is accepted** and plaintiff Nationstar Mortgage, LLC's motion to amend **(ECF No. 55) is DENIED**.

DATED this 22nd day of June, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE